**Affirmed and Opinion Filed October 22, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00221-CR
No. 05-13-00222-CR
No. 05-13-00240-CR

**VICTOR JOEL SUAREZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause Nos. F09-41419-K, F06-45426-K & F06-45427-K**

## MEMORANDUM OPINION

Before Justices Bridges, Francis, and Myers
Opinion by Justice Francis

Victor Joel Suarez appeals from the adjudication of his guilt for assault family violence and two counts of endangering a child. The trial court assessed punishment at seven years for assault and two years state jail for each endangering child offense. On appeal, appellant's attorney filed a brief in which she concludes the appeals are wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). The brief presents a professional evaluation of the record showing why, in effect, there are no arguable grounds to advance. *See High v. State*, 573 S.W.2d 807, 811–12 (Tex. Crim. App. [Panel Op.] 1978). Counsel delivered a copy of the brief to appellant. Although we advised appellant of his right to file a pro se response, he did not do so. *See Kelly v. State*, 436 S.W.3d 313, 320-22 (Tex. Crim. App. 2014) (identifying duties of appellate courts and counsel in *Anders* cases).

We have reviewed the records and counsel's brief. *See Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases). We agree the appeals are frivolous and without merit. We find nothing in the record that might arguably support the appeals.

We affirm the trial court's judgments.

Do Not Publish
TEX. R. APP. P. 47
130221F.P05

/Molly Francis/
MOLLY FRANCIS
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

VICTOR JOEL SUAREZ, Appellant

No. 05-13-00221-CR          V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court
No. 4, Dallas County, Texas
Trial Court Cause No. F09-41419-K.
Opinion delivered by Justice Francis,
Justices Bridges and Myers participating.

Based on the Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.


Judgment entered October 22, 2014.



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

VICTOR JOEL SUAREZ, Appellant

No. 05-13-00222-CR        V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court No. 4, Dallas County, Texas
Trial Court Cause No. F06-45426-K.
Opinion delivered by Justice Francis,
Justices Bridges and Myers participating.

Based on the Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

Judgment entered October 22, 2014.



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

VICTOR JOEL SUAREZ, Appellant

No. 05-13-00240-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court
No. 4, Dallas County, Texas
Trial Court Cause No. F06-45427-K.
Opinion delivered by Justice Francis,
Justices Bridges and Myers participating.

Based on the Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.


Judgment entered October 22, 2014.